**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMPETITOR LIAISON BUREAU, INC.,**
**NASCAR, INC.,**

          **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-2165-Orl-28GJK**

**CESSNA AIRCRAFT COMPANY,**

          **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiffs' Motion in Limine to Exclude the Supplemental Report and Testimony of Expert Witness Ray Claxton (Doc. No. 64) filed November 5, 2010; Plaintiffs' Motion in Limine to Exclude Portions of the Testimony of Expert Witness Ray Claxton (Doc. No. 71) filed November 16, 2010; and Plaintiffs' Amended Motion to Exclude the Amended Supplemental Report and the Testimony of Expert Witness Ray Claxton (Doc. No. 89) filed November 30, 2010.  The United States Magistrate Judge has submitted a report recommending that the motion filed at docket entry 64 be denied; the motion filed at docket entry 89 be denied; and the motion filed at docket entry 71 be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' Objections to the Report and Recommendation (Doc. 127) and Defendant's response thereto (Doc. 129), the objections are overruled.  The Court agrees entirely with

the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 4, 2011 (Doc. No. 121) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Motion to Exclude the Supplemental Report and Testimony of Expert Witness Ray Claxton (Doc. No. 64) is **DENIED.**

3. Plaintiffs' Motion in Limine to Exclude Portions of the Testimony of Expert Witness Ray Claxton (Doc. No. 71) is **GRANTED in part** and **DENIED in part.** The Motion is granted to the extent Dr. Claxton is precluded from offering opinions as to the Aircraft's certification basis or any other matter contained in Appendix A (Doc. No. 64-2 at 14-17) because he lacks the requisite expertise. The remainder of the Motion is **DENIED** because Dr. Claxton's opinions are based on sufficient facts or data, are the product of reliable principles and methods, and will assist the trier of fact.

4. Plaintiffs' Amended Motion to Exclude The Amended Supplemental Report and the Testimony of Expert Witness Ray Claxton (Doc. No. 89) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of March, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge