UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

COMPETITOR LIAISON BUREAU, INC.,
NASCAR, INC.,

                Plaintiffs,

-vs-                                      Case No. 6:08-cv-2165-Orl-28GJK

CESSNA AIRCRAFT COMPANY,

                Defendant.

## ORDER

This case is before the Court on Plaintiffs' Motion in Limine to Exclude Portions of the Testimony of Expert Witness Tommy McFall (Doc. No. 72) filed November 17, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiffs' Objections to the Report and Recommendation (Doc. 130) and Defendant's response thereto (Doc. 131), the objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 9, 2011 (Doc. No. 124) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiffs' Motion in Limine to Exclude Portions of the Testimony of Expert Witness Tommy McFall is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_25\_\_\_ day of March, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party