UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**COMPETITOR LIAISON BUREAU, INC.,
NASCAR, INC.,**

                **Plaintiffs,**

-vs-                                            Case No. 6:08-cv-2165-Orl-28GJK

**CESSNA AIRCRAFT COMPANY,**

                **Defendant.**

## ORDER

This case is before the Court on Plaintiff's Motion in Limine to Exclude Portions of the Testimony of Expert Witness Norman Alvares (Doc. No. 73) filed November 18, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 8, 2011 (Doc. No. 123) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion in Limine to Exclude Portions of the Testimony of Expert Witness Norman Alvares (Doc. No. 73) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of March, 2011.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party