**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**COMPETITOR LIAISON BUREAU, INC.,**
**NASCAR, INC.,**

        **Plaintiffs,**

**-vs-**                        **Case No. 6:08-cv-2165-Orl-28GJK**

**CESSNA AIRCRAFT COMPANY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Defendant's Motion and Incorporated Memorandum in Support of Its Application for Costs and Attached Bill of Costs (Doc. No. 144) filed April 22, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. That the Report and Recommendation filed October 17, 2011 (Doc. No. 158) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. Defendant's Motion and Incorporated Memorandum in Support of Its Application for Costs and Attached Bill of Costs (Doc. No. 144) is **GRANTED in part** and **DENIED in part**.

3. Costs are awarded in favor of Cessna Aircraft Company and against Competitor Liaison Bureau, Inc. and NASCAR, Inc. in the total amount of $39,373.63.

4. The Clerk of the Court is directed to enter judgment in accordance with this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge